IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Action No. 10-00273-KD-C |
| | ) | |
| TIMOTHY WAYNE SEABURY, | ) | |
|    Defendant. | ) | |

**ORDER**

This matter is before the Court on the Defendant's Motion for Reconsideration of the Court's February 8, 2011 Order[1] disqualifying counsel (Doc. 78) and the Government's Response (Doc. 86).

"Although no statute or rule expressly provides for the filing of a motion for reconsideration in criminal cases, federal district courts necessarily have substantial discretion in ruling on motions for reconsideration. The appropriate grounds for granting reconsideration include: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." United States v. Mason, 2008 WL 1882255, 1 (M.D.Fla. April 24, 2008) (internal quotations and citations omitted).

For the reasons stated in the Government's Response, it is **ORDERED** that Defendant's Motion for Reconsideration (Doc. 78) is **DENIED.**

**DONE** and **ORDERED** this the **18th** day of **March 2011.**

                                                   /s/ Kristi K. Dubose
                                                 **KRISTI K. DUBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**

---

1 (Doc. 66).