# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE SEABURY, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | Civil Action No. 14-00232-WS |
| v. ) | |
| ) | Criminal No. 10-00273-WS-N |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 16, 2014, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 18th day of November, 2014.

                **s/WILLIAM H. STEELE**
                **UNITED STATES DISTRICT JUDGE**