# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE SEABURY, ) | |
| ) | |
|    Petitioner/Defendant, ) | |
| ) | Civil Action No. 14-00232-WS |
| v. ) | |
| ) | Criminal No. 10-00273-WS-N |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court may not consider the petition filed by Timothy Wayne Seabury due to untimeliness. *See* 28 U.S.C. § 2255(f). As such, the petition is due to be and is hereby **DISMISSED**. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE** this the 18th day of November, 2014.

                                                     <u>s/WILLIAM H. STEELE</u>
                                                   **UNITED STATES DISTRICT JUDGE**